# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

_____ Division

| | | |
|---|---|---|
| Mr. Noel J. P. Engel | ) | Case No. 17- 5066 -cv- sw -RP |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Marc Kasowitz, Ty Cobb, Jay Sekulow, John Dowd | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mr. Noel J. P. Engel |
   | Street Address | 35 Kyle Drive |
   | City and County | Lampe, Stone |
   | State and Zip Code | Missouri, 65681 |
   | Telephone Number | (417) 527-2982 |
   | E-mail Address | noelengel@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 3:17-cv-05066-SRB   Document 1-1   Filed 07/25/17   Page 1 of 21

Defendant No. 1

|  |  |
|---|---|
| Name | Marc Kasowitz |
| Job or Title *(if known)* | Attorney |
| Street Address | 1633 Broadway |
| City and County | New York, New York, County Not Known |
| State and Zip Code | New York, New York, 10019 |
| Telephone Number | T: (212) 506-1700 |
| E-mail Address *(if known)* | not known |

Defendant No. 2

|  |  |
|---|---|
| Name | Ty Cobb |
| Job or Title *(if known)* | Attorney |
| Street Address | 1600 Pennsylvania Ave, NW |
| City and County | Washington DC, County Not Known |
| State and Zip Code | District of Columbia, 20500 |
| Telephone Number | +1 202 637 6437 |
| E-mail Address *(if known)* | ty.cobb@hoganlovells.com |

Defendant No. 3

|  |  |
|---|---|
| Name | Jay Sekulow |
| Job or Title *(if known)* | Attorney |
| Street Address | P.O. Box 90555 |
| City and County | Washington DC, not known |
| State and Zip Code | District of Columbia, zip not known |
| Telephone Number | 757-226-2489 |
| E-mail Address *(if known)* | not known |

Defendant No. 4

|  |  |
|---|---|
| Name | John Dowd |
| Job or Title *(if known)* | Attorney |
| Street Address | 29 Industrial Park Drive, P.O. Box 1905 |
| City and County | Binghamton, County not known |
| State and Zip Code | New York, 13904 |
| Telephone Number | Phone: (607) 744-3961 Fax: (607) 786-8683 |
| E-mail Address *(if known)* | not known |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See Attached Jurisdiction: II Venue: III for defendants failure to comply to the Cease & Desist Letter as to related charges of other statutes in Jurisdiction: II Venue: III. Also therefore Plaintiff Allegedly: Citing Multiple Violations of Conduct of the Missouri Bar & Conduct of the Federal Bar & Federal Court Rules.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## *JURISDICTION: II*

The Court has Jurisdiction Federal question of Jurisdiction under the Jurisdiction 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 28 CFR 50.10 - Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media. 25 CFR 11.406 - Criminal Coercion, 36 CFR 2.34 - Disorderly conduct, Federal question of jurisdiction to 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. 18 U.S. Code § 1001 - Statements or entries generally Code § 1512 - Tampering with a witness, victim, or an informant to the pursuant of 18 U.S. Code § 1001 - Statements or entries generally & 18 U.S. Code § 1343 - Fraud by wire, radio, or television also in regards to in Television & question of jurisdiction 18 U.S. Code § 2261A – Stalking, 18 U.S. Code § 1030 - Fraud and related activity in connection with computers, 18 U.S. Code § 2701 - Unlawful access to stored communications, 18 U.S. Code § 875 - Interstate communications, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE, 18 U.S. Code § 242 - Deprivation of rights under color of law, 42 U.S. Code § 1983 - Civil action for deprivation of rights, 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally, 18 U.S. Code Chapter 113B – TERRORISM, 18 U.S. Code § 2381 – Treason, 18 U.S. Code § 3 - Accessory after the fact.

Missouri Revised Statutes under Jurisdiction 455.010.1 Section 565.090.1 Section 565.253, Prostitution 567.010. 567.020. 574.115 565.083 Section 565.090.1 Harassment, Invasion of Privacy 565.253, To Unlawful assembly—penalty 574.040, Animal Abuse Section 578.012.1 to which this Plaintiff is 1/8th Native American under question of Jurisdiction to which the Bureau of Indian Affairs & Ancestry under diversity of citizenship & amount controversy is greater than $75,000.00.

.

## *VENUE: III*

Venue is proper pursuant to under the Jurisdiction 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 28 CFR 50.10 - Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media to 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 25 CFR 11.406 - Criminal Coercion, 36 CFR 2.34 - Disorderly conduct & to the pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, 18 U.S. Code § 1001 - Statements or entries generally to the jurisdiction of 18 U.S. Code § 2261A – Stalking, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE, 18 U.S. Code § 1030 - Fraud and related activity in connection with computers, 18 U.S. Code § 2701 - Unlawful access to stored communications & 18 U.S. Code § 1343 - Fraud by wire, radio, or television also in regards to in Television to the pursuant of 18 U.S. Code § 875 - Interstate communications, & to the pursuant of 18 U.S. Deprivation of rights under color of law, 42 U.S. Code § 1983 - Civil action for deprivation of rights, 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally, 18 U.S. Code Chapter 113B – TERRORISM, 18 U.S. Code § 2381 – Treason, 18 U.S. Code § 3 - Accessory after the fact.

Missouri Revised Statutes under Venue 455.010.1 Section 565.090.1 Section 574.115 565.083 Section 565.090.1Harassment, Invasion of Privacy 565.253 Prostitution 567.010. 567.020, Unlawful assembly--penalty. 574.040, Animal Abuse Section 578.012.1 the defendant through is the proper venue against the Parties are in the jurisdiction & Pro Se Plaintiff lives in the district of jurisdiction. 18 U.S. Code § 242 - Deprivation of rights under color of law to which this Plaintiff is 1/8th Native American under question of Jurisdiction to which the Bureau of Indian Affairs.

## *INTRODUCTION*

Count I.  Plaintiff Alleges Defendant had participated in Willfully, Knowingly, Recklessly participated in Acts of Malice & Negligence against the Plaintiff in Relation to ***Case No.16-1124-CV-REL*** to which Defendant had Allegedly been involved in the Acts of which in the use of Plaintiff's Name & Identity & in the use of which under False Pretenses of Name & Identity in Regards to which Defendant had participated in such acts resulting in Malice & Negligence by the Defendant Actions in Relation to the Case.

## *ARGUMENT*

Plaintiff Alleges:  Defendant had been involved in & Participated in Acts of Malice & Negligence wherein Defendant had been involved in said stated Acts to which is how the Defendant had injured the Plaintiff in Participating in Stated Violations of Statutes to which the Defendant being an Attorney Knowingly, Willfully, Recklessly participated in Violations of Statutes stated thereof & also As Related To other cases (***Case No.16-1124-CV-REL***)& involved in which the Defendant had therefore Plaintiff Alleging the Defendant claims that Defendant had not been involved in such participation & to which laws do not apply to Defendant in where the Plaintiff is concerned.

Plaintiff Alleges: From April 2016 to Present the Defendants had been participating in activities that will fall under Jurisdiction II & Venue III in relation to the nature of the Suit. Plaintiff Alleges that with Discovery Process to which the ongoing Allegations in regards to the Defendant & wherein by the Plaintiff to the Defendant which as a result of the Defendant Actions loss of Rights, Mental & Emotional Harm caused by the Defendant Conduct as in relation to the Defendant Actions & Behavior against the Plaintiff.

Plaintiff Alleges: Defendant in the ongoing actions in which Defendant Allegedly participated in Violations of Stated Statutes under Jurisdiction II Venue III wherein the Stated Statutes in which Plaintiff Alleges Defendant had therefore participated in the Violations of the Statutes under the Violations of the Statutes against the Plaintiff in which caused the Plaintiff Harm, Mental & Emotional Distress & Physical Injury & to which to also therein Financial Harm by the Defendants participation in the Actions against the Plaintiff.

## *JURISDICTION II*

*Plaintiff Alleges under Jurisdiction of Code 18 U.S. Code § 912 - Officer or employee of the United States, to the Pursuant of 18 U.S. Code Chapter 25 COUNTERFEITING AND FORGERY, To the Pursuant of 18 U.S. Code § 115 - Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member, To the Pursuant of 18 U.S. Code § 912 - Officer or employee of the United States to the Pursuant of 18 U.S. Code § 1028A - Aggravated identity theft in related to Case No.16-1124-CV-REL. To the Pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, To the Pursuant of 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, To the Pursuant of 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE.*

## Venue III

Plaintiff Alleges under Jurisdiction of Code 18 U.S. Code § 912 - Officer or employee of the United States, to the Pursuant of 18 U.S. Code Chapter 25 COUNTERFEITING AND FORGERY, To the Pursuant of 18 U.S. Code § 115 - Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member, To the Pursuant of 18 U.S. Code § 912 - Officer or employee of the United States to the Pursuant of 18 U.S. Code § 1028A - Aggravated identity theft in related to Case No.16-1124-CV-REL. To the Pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, To the Pursuant of 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, To the Pursuant of 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE.

## *Pro Se Plaintiff Brief Count I*

### *Index:*

*18 U.S. Code § 912 - Officer or employee of the United States*…………………………………….....I

*18 U.S. Code Chapter 25 - COUNTERFEITING AND*
*FORGERY*………………………………………………………………………………………...II

*18 U.S. Code § 1028A - Aggravated identity theft*…………………………………………………...III

*18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an*
*informant*………………………………………………………………………………………...IV

*18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE*………………………………….......V

### *Sources:*

http://www.lectlaw.com https://definitions.uslegal.com

https://www.lawserver.com http://law.justia.com  https://www.law.cornell

I. *Plaintiff Cites: 18 U.S. Code § 912 - Officer or employee of the United States.*

Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

Too Add too which under the 18 U.S. Code § 912 - Officer or employee of the United States & Under 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government Additional Counts of Charges to be Added against the Defendants, too add to the Charges of 18 U.S. Code § 1028A - Aggravated identity theft.

(a) Offenses.—

(1)In general.—

Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

(2)Terrorism offense.—

Whoever, during and in relation to any felony violation enumerated in section 2332b(g)(5)(B), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person or a false identification document shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 5 years.

(b)Consecutive Sentence.—Notwithstanding any other provision of law—

(1) a court shall not place on probation any person convicted of a violation of this section;

(2) except as provided in paragraph (4), no term of imprisonment imposed on a person under this section shall run concurrently with any other term of imprisonment imposed on the person under any other provision of law, including any term of imprisonment imposed for the felony during which the means of identification was transferred, possessed, or used;

(3) in determining any term of imprisonment to be imposed for the felony during which the means of identification was transferred, possessed, or used, a court shall not in any way reduce the term to be imposed for such crime so as to compensate for, or otherwise take into account, any separate term of imprisonment imposed or to be imposed for a violation of this section; and

(4) a term of imprisonment imposed on a person for a violation of this section may, in the discretion of the court, run concurrently, in whole or in part, only with another term of imprisonment that is imposed by the court at the same time on that person for an additional violation of this section, provided that such discretion shall be exercised in accordance with any applicable guidelines and policy statements issued by the Sentencing Commission pursuant to section 994 of title 28.

(c)Definition.—For purposes of this section, the term "felony violation enumerated in subsection (c)" means any offense that is a felony violation of—

(1) section 641 (relating to theft of public money, property, or rewards [1]), section 656 (relating to theft, embezzlement, or misapplication by bank officer or employee), or section 664 (relating to theft from employee benefit plans);

(2) section 911 (relating to false personation of citizenship);

(3) section 922(a)(6) (relating to false statements in connection with the acquisition of a firearm);

(4) any provision contained in this chapter (relating to fraud and false statements), other than this section or section 1028(a)(7);

(5) any provision contained in chapter 63 (relating to mail, bank, and wire fraud);

(6) any provision contained in chapter 69 (relating to nationality and citizenship);

(7) any provision contained in chapter 75 (relating to passports and visas);

(8) section 523 of the Gramm-Leach-Bliley Act (15 U.S.C. 6823) (relating to obtaining customer information by false pretenses);

(9) section 243 or 266 of the Immigration and Nationality Act (8 U.S.C. 1253 and 1306) (relating to willfully failing to leave the United States after deportation and creating a counterfeit alien registration card);

(10) any provision contained in chapter 8 of title II of the Immigration and Nationality Act (8 U.S.C. 1321 et seq.) (relating to various immigration offenses); or

(11) section 208, 811, 1107(b), 1128B(a), or 1632 of the Social Security Act (42 U.S.C. 408, 1011, 1307(b), 1320a–7b(a), and 1383a) (relating to false statements relating to programs under the Act).

## II. *Plaintiff Citing: 18 U.S. Code Chapter 25 - COUNTERFEITING AND FORGERY*

*Plaintiff Alleges:* Under which in the Grand Jury Duty 18 U.S. Code § 505 - Seals of courts; signatures of judges or court officers Whoever forges the signature of any judge, register, or other officer of any court of the United States, or of any Territory thereof, or forges or counterfeits the seal of any such court, or knowingly concurs in using any such forged or counterfeit signature or seal, for the purpose of authenticating any proceeding or document, or tenders in evidence any such proceeding or document with a false or counterfeit signature of any such judge, register, or other officer, or a false or counterfeit seal of the court, subscribed or attached thereto, knowing such signature or seal to be false or counterfeit, shall be fined under this title or imprisoned not more than five years, or both. As Related to the case.

*Plaintiff Alleges:* Too Explain the Letter to the United States Marshals & Stated Injunction in Regards to Federal Court Status under 18 U.S. Code § 506 - Seals of departments or agencies to the office of Procurement under which the Use of the United States Marshal Badge, Insignia, Name & therefore the Injunction to U. S. Attorney & use of Name, to which the Apostille in Regards to this Mr. Engel on Facebook & Twitter Falls under stated Jurisdiction In Regards to the Case to the Added Charges of 18 U.S. Code § 506 - Seals of departments or agencies.
18 U.S. Code § 506 - Seals of departments or agencies
Authorities (CFR)
prev | next
(a) Whoever—
(1) falsely makes, forges, counterfeits, mutilates, or alters the seal of an
(a) Whoever—
(1) falsely makes, forges, counterfeits, mutilates, or alters the seal of any department or agency of the United States, or any facsimile thereof;
(2) knowingly uses, affixes, or impresses any such fraudulently made, forged, counterfeited, mutilated, or altered seal or facsimile thereof to or upon any certificate, instrument, commission, document, or paper of any description; or
(3) with fraudulent intent, possesses, sells, offers for sale, furnishes, offers to furnish, gives away, offers to give away, transports, offers to transport, imports, or offers to import any such seal or facsimile thereof, knowing the same to have been so falsely made, forged, counterfeited, mutilated, or altered,
shall be fined under this title, or imprisoned not more than 5 years, or both.
(b) Notwithstanding subsection (a) or any other provision of law, if a forged, counterfeited, mutilated, or altered seal of a department or agency of the United States, or any facsimile thereof, is—

(1) so forged, counterfeited, mutilated, or altered;

(2) used, affixed, or impressed to or upon any certificate, instrument, commission, document, or paper of any description; or

(3) with fraudulent intent, possessed, sold, offered for sale, furnished, offered to furnish, given away, offered to give away, transported, offered to transport, imported, or offered to import, with the intent or effect of facilitating an alien's application for, or receipt of, a Federal benefit to which the alien is not entitled, the penalties which may be imposed for each offense under subsection (a) shall be two times the maximum fine, and 3 times the maximum term of imprisonment, or both, that would otherwise be imposed for an offense under subsection (a).

(c) For purposes of this section—

(1) the term "Federal benefit" means—

(A) the issuance of any grant, contract, loan, professional license, or commercial license provided by any agency of the United States or by appropriated funds of the United States; and

(B) any retirement, welfare, Social Security, health (including treatment of an emergency medical condition in accordance with section 1903(v) of the Social Security Act (19 [1] U.S.C. 1396b(v))), disability, veterans, public housing, education, supplemental nutrition assistance program benefits,[2] or unemployment benefit, or any similar benefit for which payments or assistance are provided by an agency of the United States or by appropriated funds of the United States; and

(2) each instance of forgery, counterfeiting, mutilation, or alteration shall constitute a separate offense under this section.

### III. *Plaintiff Citing: 18 U.S. Code § 1028A - Aggravated identity theft.*

(a) Offenses.— Defendant had participated in Related Activity under the Direction of multiple Crimes related to other cases in which the Plaintiff Alleges that the Defendant had participated in the Identity Theft & therefore in regards to the Results of which the Plaintiff had acting with Malice, Negligence, Knowingly, Willfully, Recklessly participated in the Activities that Resulted in which the Defendants participation in the actions thereof involving multiple Defendants.

Wherein Plaintiff Alleges that the Defendant had in Participating in the acts of Jurisdiction II Venue III under which the Defendants actions with Malice & Negligence in which the Actions of Such Resulted in the Defendants in other cases participation in which Defendant Actions Plaintiff Alleges Defendant Knowingly, Willfully, Recklessly participated in the Actions against the Plaintiff resulting in ongoing Actions by the Defendants involvement.

*Plaintiff Alleges:* Under Records of Mental Health of the Defendant to which the Plaintiff Alleges the Defendants actions were of Malice & Negligence against the Plaintiff as Related to *Case No.16-1124-CV-REL.*

**IV.** *Plaintiff Citing: 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant*

*Plaintiff Alleges:* In the Definitions by how the Defendants had been Communicating to this Mr. Engel Alleges in Particularly the TV Media will therefore in they're Pattern of Conduct will Therefore Be Evidence with Regards to Twitter under which in Relation to the Jurisdiction II Venue III of the Laws under Other Statutes to Explain in Relation to the Case 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE By how the Defendants had been Communicating Electronically to the Plaintiff Alleges will therefore be evidence of 18 U.S. Code § 2261A – Stalking Section Seven under Electronic Surveillance in Relation to which in ongoing Evidence of Twitter & Facebook & in Relation to the Cease & Desist Letter & Case No.16-1124-CV-REL everything they had claimed will therefore in the Defendants not using they're names in TV Broadcast in Regards to the Defendants in Part will demonstrate to the Court how the Defendants had Pierced the Corporate Veil will therefore be Plaintiff Alleges that the Defendants had Plaintiff Mr. Engel Alleges Defendants in Malice in which Plaintiff Alleges Had Knowingly, Willfully, Recklessly had Negligently participated in the ongoing Actions against the Plaintiff in Cases to be Filed against the Defendants with the Blocking of this Mr. Engel Media will therefore also be evidence in the letter that stated under the Direction of KY3 too which will also be evidence of the Defendants had Allegedly with Malice, Knowingly, Willfully, Recklessly Participating in what the Allegedly in Establishing a Pattern of Conduct of Intimidation in Which the Plaintiff Alleges the Defendants had with Malice in the Pattern of Conduct to which Malice in Industry Standards of Conduct & Company Policy will therefore under the Pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant be enough evidence in Regards to Injunctions & Warrants in how the Defendants had been Communicating to the Plaintiff with Malice Under 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant,

Section (e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both.

To The Pursuant of 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant

(C) prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be punished as provided in paragraph (3).

(2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—

(A) influence, delay, or prevent the testimony of any person in an official proceeding;

(B) cause or induce any person to—

(i) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
(ii) alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official proceeding;
(iii) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or
(iv) be absent from an official proceeding to which that person has been summoned by legal process; or
(C) hinder, delay, or prevent the communication to a law e
(b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to—
(1) influence, delay, or prevent the testimony of any person in an official proceeding;
(2) cause or induce any person to—
(A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
(B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
(C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or
(D) be absent from an official proceeding to which such person has been summoned by legal process.
Therefore in Relation to the Legal Process under Which Case No.16-1124-CV-REL Legal Proceeding to the Pursuant of the Stated Federal Law that therefore Apply to Everyone in the Jurisdiction of the United States Under Diversity of Citizenship see the Court Forms.
Anything in Regards to the LAW not applying in Regards to this Mr. Engel will therefore also be evidence of Knowingly, Willfully, Recklessly with Malice & Negligence in regards to the Defendants ongoing participation.

Legal Definition of INTIMIDATE:
Means to intentionally say or do something which would cause a person of ordinary sensibilities to be fearful of bodily harm. It is not necessary to prove that the victim was actually frightened, and neither is it necessary to prove that the behavior of the person was so violent that it was likely to cause terror, panic or hysteria.

Intimidation Law and Legal Definition:
Intimidation means to make fearful or to put into fear. Generally, proof of actual fear is not required in order to establish intimidation. It may be inferred from conduct, words, or circumstances reasonably calculated to produce fear.

Intimidation of witnesses or victims happens when a person, with the intent to or with the knowledge that his/her conduct will obstruct, impede, impair, prevent or interfere with the administration of criminal justice, intimidates or attempts to intimidate any witness or victim to:

(1) Refrain from informing or reporting to any law enforcement officer, prosecuting official or judge concerning any information, document or thing relating to the commission of a crime.

(2) Give any false or misleading information or testimony relating to the commission of any crime to any law enforcement officer, prosecuting official or judge.

(3) Withhold any testimony, information, document or thing relating to the commission of a crime from any law enforcement officer, prosecuting official or judge.

(4) Give any false or misleading information or testimony or refrain from giving any testimony, information, document or thing, relating to the commission of a crime, to an attorney representing a criminal defendant.

(5) Elude, evade or ignore any request to appear or legal process summoning him to appear to testify or supply evidence.

(6) Absent himself from any proceeding or investigation to which he has been legally summoned.

**V.** *Plaintiff Citing: 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE*

**Plaintiff Alleges:** Summon's, Subpoena's & additional Court Paperwork such as Warrants Under the Apostille which I have a Copy of in Regards, Acting in Capacity of & also as a Grand Jury On Call Member I can & Will Sign them, therefore will be coming from this Mr. Engel on Facebook & Twitter in this Address in Which the Cease & Desist Letter under 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE in regards to the United States Federal Court In Relation To Case No.16-1124-CV-REL to which I sent a copy of Said Cease & Desist Letter to United States Federal Court Magistrate Judge Robert E. Larsen to Everyone can therefore WILL Be Subject to Federal Court Indictment in regards to the Pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE. In therefore also Charges of 18 U.S. Code § 115 - Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member, 18 U.S. Code § 912 - Officer or employee of the United States Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both. Under which in Relation To 18 U.S. Code § 1028A - Aggravated identity theft In Relation To the Case under Case No.16-1124-CV-REL as a United States Federal Court officer ON CALL Grand Jury Member in relation to the case the Defendants are therefore subject to United States Federal Court Indictment too which this Phone number & Address you're Summons are coming from in Regards to which From this Mr. Engel on Facebook & Twitter in Regards a Subpoena to the Stone County Missouri Assessor's office & to the Missouri Department of Revenue & everywhere since I had moved to Missouri from Norfolk, Nebraska will therefore prove to the Court as Evidence in the Case in Regards to this Address where you're Summons are Coming from in Regards to the Plaintiff This Mr. Engel to which will Demonstrate to the Court under Missouri State Statutes Invasion of Privacy 565.253 & Relation To other Statutes in Relation to Case No.16-1124-CV-REL, 18 U.S. Code § 912 - Officer or employee of the United States Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States, In which anything in Regards to this Mr. Engel on Facebook & Twitter under False Pretenses Even in A Law Suit the Defendants are NOT to be Doing ANY of WHAT they had been doing which if the Defendants had Legal Representation the Defendants are NOT Supposed to do anything because that is what a Lawyer will tell you in order for a Lawyer to Represent you.

      b.    If the defendant is a corporation

           The defendant, *(name)* _____ , is incorporated under

           the laws of the State of *(name)* _____ , and has its

           principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ ,

           and has its principal place of business in *(name)* _____ .

         *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

         The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Alleges Defendants involvement in allegations to the Jurisdiction II Venue III of the case to which as Defendants involvement as a part of the President Defendant Donald J. Trump in other Related Cases to which Defendant's involvement in the other cases as related to the Defendant's attorneys during the time frame of the Defendant Donald J. Trump during the Campaign & after as President Donald J. Trump Legal Team during the stated Time frame under Failure to Comply to the Cease & Desist Letter under legal advisement.

## IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For Indictments against the Defendants as Related to Case No.16-1124-CV-REL

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                07/22/2017

Signature of Plaintiff          Mr. _Noel J. P. Engel_

Printed Name of Plaintiff       Mr. Noel J. P. Engel

### B.  For Attorneys

Date of signing:                07/22/2017

Signature of Attorney           Pro Se: Mr. _Noel J. P. Engel_

Printed Name of Attorney        Pro Se: Mr. Noel J. P. Engel

Bar Number                      Pro Se

Name of Law Firm                Pro Se

Street Address                  35 Kyle Drive, Lampe

State and Zip Code              Missouri, 65681

Telephone Number                (417) 527-2982

E-mail Address                  noelengel@gmail.com